## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOHN VILLARREAL,

          Plaintiff,

v.

                                    CASE NO. 2:13-cv-15197

COMMISSIONER OF SOCIAL
SECURITY,
                                    HON. MARIANNE O. BATTANI

          Defendant.

_____/

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE DECISION OF THE COMMISSIONER

      Plaintiff John Villarreal filed an appeal of the Defendant Commissioner of Social Security's denial of his application for Disability Insurance Benefits. The case was referred to Magistrate Judge Grand in accordance with 28 U.S.C. § 636(b)(1). Subsequently, the parties filed cross-motions for summary judgment. After review, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending this Court affirm the decision of the Commissioner to deny benefits because the decision was supported by substantial evidence. (Doc. 13 at 12-13).

      In the R&R, the Magistrate Judge informed the parties that objections to the R&R must be filed within "fourteen (14) days of service" and a "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (Id.). Neither party filed objections.

      Because no objections were filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R,

**GRANTS** Defendant's motion for summary judgment, **DENIES** Plaintiff's motion for summary judgment, and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED.**

Date:   November 30, 2014                          s/Marianne O. Battani
                                                   MARIANNE O. BATTANI
                                                   United States District Judge

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 30, 2014.

                                                   s/ Kay Doaks
                                                   Case Manager